

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 2, 2021

**VIA E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**    ***United States v. Rosa Morales-Kastsaridis,* 21 Mag. 10031**

Dear Judge Krause:

    In light of the arrest of the defendant in the above-titled matter, the Government respectfully requests that the Complaint and related arrest warrant be unsealed.

**SO ORDERED.**

_____

ANDREW E. KRAUSE
United States Magistrate Judge

Dated: November 2, 2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____
      Qais Ghafary
      Assistant United States Attorney
      Tel: (914) 993-1930

Cc:  Michael P. Romano, Esq. (via E-Mail)