# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **21 Mag. 10031**　　　　　　　　　　Date **01/22/2024**

USAO No. **2021R00630**

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint　　　　☐ Removal Proceedings in

United States v. **Rosa Morales-Kastsaridis**

The Complaint/Rule 40 Affidavit was filed on **October 20, 2021**

*U.S. Marshals please withdraw warrant*

**QAIS GHAFARY** Digitally signed by QAIS GHAFARY
Date: 2024.01.22 13:50:17 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 1-22-2024

*[signature]*
UNITED STATES MAGISTRATE JUDGE